**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

April 30, 2015

Hon. Bill R. Turner
District Attorney
300 E. 26th Street, Ste 310
Bryan, TX 77803

Hon. Jeffrey Garon
Asst. Attorney General
P.O. Box 12548
Austin, TX 78711

Hon. Richard E. Wetzel
Attorney at Law
1411 West Avenue, Suite 100
Austin, TX 78701
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-11-00442-CR
Tr.Ct.No. 07-06200-CRF-272
Style:  DAVID SAMARIPAS JR. v. THE STATE OF TEXAS

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:     272nd District Court
        Hon. Marc Hamlin, Brazos County District Clerk (DELIVERED VIA E-MAIL)